**Exhibit F**

**Utility Providers**

| Utility Provider | Address | Account Number (s) | Service Provided | Average Monthly Payment ($) | Adequate Assurance Deposit ($) |
|---|---|---|---|---|---|
| All American Waste | PO Box 1308 Enfield, CT 06083 | 130996 | Waste disposal | 3,682.45 | 1,841.23 |
| AmeriGas | PO Box 660288 Dallas, TX 75266-0288 | 203252584 204127663 204233543 | Propane | 571.13 | 285.57 |
| COX | Address: Dept. #102434 P.O. Box 1259 Oaks PA 19456, Payment to: PO Box 919292 Dallas, TX 75391-9292 | 001 5610 043418602 001 5610 049193802 | Internet | 980.00 | 490.00 |
| Progressive Waste - Central | PO Box 679859 Dallas, TX 75267-9859 | 6170-61486 | Waste disposal | 1,232.37 | 616.19 |
| TriState Scrap Metal | 519 East Third St Berwick, PA 18603 | N/A | Waste disposal | 3,000.00 | 1,500.00 |
| Waste Connections - Elmwood | 500 Seven Oaks Blvd. Westwego, LA 70094 | 6170-61486 | Waste Management | 299.86 | 149.93 |
| **Subtotal** | | | | **9,765.81** | **4,882.91** |