**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PosiGen, PBC, *et al.*,[1] | Case No. 25-90787 (CML) |
| Debtors. | (Jointly Administered) |

## MASTER SERVICE LIST AS OF DECEMBER 1, 2025[2]

Pursuant to the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 14], the debtors and debtors in possession (collectively, the "Debtors") hereby submit the attached consolidated Master Service List, which designates the parties to be served for any motion or pleading requiring notice, effective as of December 1, 2025.

*[Remainder of page intentionally left blank]*

---

[1]  The last four digits of PosiGen, PBC's tax identification number are 9706. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/PosiGen. The Debtors' service address in these chapter 11 cases is 1000 Elmwood Park Boulevard, Suite A, Harahan, LA 70123.

[2]  The Master Service List in Excel and label formats are available on the Debtors' website at https://restructuring.ra.kroll.com/PosiGen/ under "Master Service List".

**<u>Exhibit A</u>**

**PosiGen, PBC, et al.**
Master Service List
Case No. 25-90787 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | 2040 FOUNDATION, INC. | ATTN: MARK BRUINOOGE | 1355 GREENWOOD CLIFF | SUITE 301 | CHARLOTTE | NC | 28204 | | | | MARK@WTMRK.COM |
| TOP 30 UNSECURED CREDITORS | 2OCEANS ENERGY LLC | ATTN: SCOTT PITSCH | 11988 BARLOW LAKE RD | | MIDDLEVILLE | MI | 49333 | | | | |
| JUNE BRIDGE LOAN FACILITY | ACP II EXECUTIVE, LP | ATTN: ACTIVATE CAPITAL PARTNERS | 50 CALIFORNIA STREET SUITE 2050 | | SAN FRANCISCO | CA | 94111 | | | | ANUP@ACTIVATECAP.COM |
| JUNE BRIDGE LOAN FACILITY | ACTIVATE CAPITAL PARTNERS II, LP | ATTN: ACTIVATE CAPITAL PARTNERS | 50 CALIFORNIA STREET SUITE 2050 | | SAN FRANCISCO | CA | 94111 | | | | ANUP@ACTIVATECAP.COM |
| TOP 30 UNSECURED CREDITORS | ACTIVATE CAPITAL PARTNERS II, LP | ATTN: PHYLLIS REID | 50 CALIFORNIA STREET | SUITE 2050 | SAN FRANCISCO | CA | 94111 | | | | PHYLLIS@ACTIVATECAP.COM |
| TOP 30 UNSECURED CREDITORS | ADVANCED SOLAR (EVOLUTION SOLAR) | ATTN: NICK HAYES | 3321 75TH AVENUE | SUITE F | LANDOVER | MD | 20785 | | 443-981-9392 | | NICK@ADVANCED.SOLAR |
| PROMISSORY NOTE & BACKLEVERAGE FACILITY | BID ADMINISTRATOR LLC | C/O BROOKFIELD ASSET MANAGEMENT INC. | ATTN: ANDREW EHRLICKMAN, JIRI HONAIZER & SARAH BELLAMY | BROOKFIELD PLACE, 250 VESEY STREET | NEW YORK | NY | 10281-1023 | | | | ANDREW.EHRLICKMAN@BROOKFIELD.COM JIRI.HONAIZER@BROOKFIELD.COM SARAH.BELLAMY@BROOKFIELD.COM |
| TOP 30 UNSECURED CREDITORS | BUILDERS FUND II LP | ATTN: TRIPP BAIRD | 4319 21ST STREET | | SAN FRANCISCO | CA | 94114 | | | | TRIPP@THEBUILDERSFUND.COM |
| TOP 30 UNSECURED CREDITORS | BUILDERS PSGN LLC | ATTN: TRIPP BAIRD | 4319 21ST STREET | | SAN FRANCISCO | CA | 94114 | | | | TRIPP@THEBUILDERSFUND.COM |
| TOP 30 UNSECURED CREDITORS | CED GREENTECH PENSACOLA | ATTN: ANDREW SMITH | 3361 COPTER RD. | | PENSACOLA | FL | 32514 | | | | ANDREW.SMITH2@GREENTECHRENEWABLES.COM |
| BATTERY REVOLVING CREDIT FACILITY & CGB 2L | CONNECTICUT GREEN BANK | ATTN: GENERAL COUNSEL | 75 CHARTER OAK AVE. | | HARTFORD | CT | 06106 | | | | |
| BATTERY REVOLVING CREDIT FACILITY & CGB 2L | CONNECTICUT GREEN BANK | C/O WIGGIN AND DANA LLP | ATTN: PAUL A. HUGHES, ESQ. & JONATHAN F. TROSS, ESQ. | ONE CENTURY TOWER, 265 CHURCH STREET, 17TH FLOOR | NEW HAVEN | CT | 06510 | | | | PHUGHES@WIGGIN.COM JTROSS@WIGGIN.COM |
| TOP 30 UNSECURED CREDITORS | DATAPLATR CORP | ATTN: HARISH RAMACHANDRAIAH | 419 BRASSINGA CT | | PALO ALTO | CA | 94306 | | | | HARISH@DATAPLATR.COM |
| DCGB 3L FACILITY | DC GREEN FINANCE AUTHORITY | C/O TIBER HUDSON LLC | ATTN: ELI HOPSON & EARLE C. HORTON, III, ESQ. | 1900 M STREET, NW, 3RD FLOOR | WASHINGTON | DC | 20036 | | | | SPATEL@DCGREENBANK.COM MEDWARDS@DCGREENBANK.COM CHICO@TIBERHUDSON.COM |
| TOP 30 UNSECURED CREDITORS | DOLPHIN BUILDERS LP | ATTN: TRIPP BAIRD | 4319 21ST STREET | | SAN FRANCISCO | CA | 94114 | | | | TRIPP@THEBUILDERSFUND.COM |
| TOP 30 UNSECURED CREDITORS | ECI 2022-2023 LLC | ATTN: LEGAL CONTACT | PO BOX 61239 | DEPT 1173 | PALO ALTO | CA | 94306 | | | | LEGAL@EMERSONCOLLECTIVE.COM |
| JUNE BRIDGE LOAN FACILITY | ECI 2024-2025 LLC | ATTN: STEVE MCDERMID | PO BOX 61239, DEPT 1173 | | PALO ALTO | CA | 94306 | | | | STEVE@EMERSONCOLLECTIVE.COM LEGAL@EMERSONCOLLECTIVE.COM |
| TOP 30 UNSECURED CREDITORS | ELDA RIVER ENERGY OPPORTUNITIES FUND III LLC | ATTN: ADAM DALEY, CRAIG ROHR | 1603 ORRINGTON AVENUE | 13TH FLOOR | EVANSTON | IL | 60201 | | 312-767-4420 | | ADAM.DALEY@ELDARIVER.COM CRAIG.ROHR@ELDARIVER.COM |
| JUNE BRIDGE LOAN FACILITY | ELDA RIVER OPPORTUNITIES FUND III LLC | ATTN: GENERAL COUNSEL | 1111 BAGBY ST, SUITE 2000 | | HOUSTON | TX | 77002 | | | | NOTICES@ELDARIVER.COM |
| JUNE BRIDGE LOAN FACILITY | ELDA RIVER OPPORTUNITIES IV SPECIAL HOLDINGS B LLC | ATTN: GENERAL COUNSEL | 1111 BAGBY ST, SUITE 2000 | | HOUSTON | TX | 77002 | | | | NOTICES@ELDARIVER.COM |
| TOP 30 UNSECURED CREDITORS | ELDA RIVER OPPORTUNITIES IV SPECIAL HOLDINGS B LLC | ATTN: NOTICES CONTACT | 1111 BAGBY STREET | SUITE 2000 | HOUSTON | TX | 77002 | | | | MTP_NOTICES@MAGNETAR.COM |
| TOP 30 UNSECURED CREDITORS | EMT RENEWABLES, LLC D.B.A EMT SOLAR AND ROOFING | ATTN: THOMAS CLEARY | 523 HOLLYWOOD AVE | | CHERRY HILL | NJ | 08002 | | | | TOM@EMTSOLAR.COM |
| JULY BRIDGE LOAN FACILITY | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: GLENN A. REITMAN, ESQ. | 2323 ROSS AVENUE, SUITE 1700 | | DALLAS | TX | 75201 | | | | GLENN.REITMAN@FAEGREDRINKER.COM |
| TOP 30 UNSECURED CREDITORS | GAF ENERGY LLC | ATTN: LUCY ZHAO, JASON BARRETT | 1 CAMPUS DRIVE | | PARSIPPANY | NJ | 07054 | | 917-771-1914 | | LUCY.ZHAO@GAF.ENERGY JASON.BARRETT@GAF.ENERGY |
| TOP 30 UNSECURED CREDITORS | INTEGRITY SOLAR AND HOME SOLUTIONS | ATTN: CODY MATTHEWS | 638 DELSEA DRIVE | | SEWELL | NJ | 08080 | | | | CODY.M@INTEGRITY-SOLAR.COM |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | OPERATION | 2970 MARKET ST. | | PHILADELPHIA | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| TOP 30 UNSECURED CREDITORS | ION SOLAR PROS LLC | ATTN: WILLIAM BARRIEAU | 751 STRAITS TRKE | STE 2000 | MIDDLEBURY | CT | 06762 | | | | BBARRIEAU@GOISP.COM |
| TOP 30 UNSECURED CREDITORS | IROP LOAN AGGREGATOR, LP | ATTN: JENNA YOUNG | 2810 N CHURCH STREET, PMB | | WILMINGTON | DE | 19802 | | 424-222-8380 | | JENNA.YOUNG@APOLLO.COM |
| TOP 30 UNSECURED CREDITORS | KAMTECH RESTORATION | ATTN: KRZYSZTOF KAMINSKI | 203 B SHERIDAN BLVD | | INWOOD | NY | 11096 | | | | KKAMINSKI@KAMTECHSOLAR.COM |
| UNSECURED CONVERTIBLE NOTES & SECURED CONVERTIBLE NOTES | KIRKLAND & ELLIS, LLP | ATTN: MICHELLE WILLIAMSON | 609 MAIN STREET | | HOUSTON | TX | 77002 | | | | MICHELLE.WILLIAMSON@KIRKLAND.COM |
| PROPOSED CLAIMS AGENT TO CLAIMS AND NOTICING AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: RYAN VYSKOCIL | 1 WORLD TRADE CENTER | 31ST FLOOR | NEW YORK | NY | 10007 | | 212-257-5450 | 646-536-2810 | POSIGENTEAM@RA.KROLL.COM SERVICEQA@RA.KROLL.COM NOTICINGTEAM@RA.KROLL.COM |
| COUNSEL TO MARANEGO VISION RIDGE, SAF PGEN, LLC | LATHAM & WATKINS LLP | ATTN: KEITH A. SIMON, KELLY CATALDO | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1401 | | 212-906-1200 | 212-751-4864 | KEITH.SIMON@LW.COM KELLY.CATALDO@LW.COM |
| JULY BRIDGE LOAN FACILITY | LIST GOVERNMENT RECEIVABLES FUND, LLC | C/O LEGALIST, INC. | ATTN: BRIAN STOUT, CINDY CHEN, BRIAN RICE | 58 W. PORTAL AVE., NO 747 | SAN FRANCISCO | CA | 94127 | | | | RECEIVABLES@LEGALIST.COM BRIAN.STOUT@LEGALIST.COM BRIAN.RICE@LEGALIST.COM CINDY@LEGALIST.COM |
| COUNSEL TO GAF ENERGY LLC | MILBANK LLP | ATTN: ROLAND ESTEVEZ | 55 HUDSON YARDS | | NEW YORK | NY | 10001-2163 | | | | RESTEVEZ@MILBANK.COM |
| TOP 30 UNSECURED CREDITORS | NY STATE SOLAR | ATTN: REID GARTON | 132 W 31ST ST | SUITE 1300 | NEW YORK | NY | 10001 | | | | RGARTON@NYSTATESOLAR.COM |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HA MINH NGUYEN, JANA SMITH WHITWORTH | 515 RUSK STREET | STE. 3516 | HOUSTON | TX | 77002 | | 202-590-7962; 713-718-4670 | | HA.NGUYEN@USDOJ.GOV JANA.WHITWORTH@USDOJ.GOV |
| COUNSEL TO M&T DECATURE, BIENVILLE DELL FAMILY OFFICE | ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: ALEJANDRA G. EARLY, EMMANUEL GRILLO | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6142 | | | | ALEJANDRA.GARCIAEARLEY@ORRICK.COM EGRILLO@ORRICK.COM |
| COUNSEL TO BID ADMINISTRATOR LLC, BID III POSIGEN LENDER LP, BII BID AGGREGATOR A LP, ALONIM CAPITAL INC., AND BLUMONT ANNUITY COMPANY & PROMISSORY NOTE | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: BRIAN S. HERMANN, JACOB A. ADLERSTEIN, ANDREW J. EHRLICH, GREGORY F. LAUFER, MICHAEL J. COLAROSSI, JACOB ADLESTEIN, BRIAN BOLIN | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-373-3000 | 212-757-3990 | BHERMANN@PAULWEISS.COM JADLERSTEIN@PAULWEISS.COM AEHRLICH@PAULWEISS.COM GLAUFER@PAULWEISS.COM MCOLAROSSI@PAULWEISS.COM JADELSTEIN@PAULWEISS.COM BBOLIN@PAULWEISS.COM |

PosiGen, PBC, et al.
Master Service List
Case No. 25-90787 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO BID ADMINISTRATOR LLC, BID III POSIGEN LENDER LP, BII BID AGGREGATOR A LP, ALONIM CAPITAL INC., AND BLUMONT ANNUITY COMPANY | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN YOUNG-JOHN, JOANNA D. CAYTAS | 1000 MAIN STREET, 36TH FLOOR | | HOUSTON | TX | 77002 | | 713-226-6000 | 713-228-1331 | JHIGGINS@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM; JCAYTAS@PORTERHEDGES.COM |
| DEBTORS | POSIGEN, PBC | ATTN: GENERAL COUNSEL | 145 JAMES DRIVE EAST, SUITE 300 | | ROSE | LA | 70087 | | | | |
| DEBTORS | POSIGEN, PBC | ATTN: GENERAL COUNSEL | 720 N POST OAK ROAD | | HOUSTON | TX | 77024 | | | | |
| TOP 30 UNSECURED CREDITORS | POWER ENERGY SOLUTIONS | CYBULSKI | 72 E HOLLY AVE. | | PITMAN | NJ | 08071 | | | | JOE@POWERENERGYSOLUTIONSLLC.COM |
| TOP 30 UNSECURED CREDITORS | RHYTHM SOLAR LLC | ATTN: MARIAH CARABALLO | 2000 CRAWFORD PLACE | SUITE 300 | MT. LAUREL | NJ | 08054 | | | | MARIAH@DEFINESOLAR.COM |
| COUNSEL TO CONNECTICUT GREEN BANK | SCHWARTZ PLLC | ATTN: GABRIELLE A. HAMM, VERONICA A. POLNICK, RENEE D. WELLS, ATHANASIOS E. AGELAKOPOULOS | 440 LOUISIANA STREET, SUITE 1055 | | HOUSTON | TX | 77002 | | 713-900-3737 | 702-442-9887 | GHAMM@NVFIRM.COM; VPOLNICK@NVFIRM.COM; RWELLS@NVFIRM.COM; AAGELAKOPOULOS@NVFIRM.COM |
| COUNSEL TO CONNECTICUT GREEN BANK | SCHWARTZ PLLC | ATTN: SAMUEL A. SCHWARTZ | 601 EAST BRIDGER AVENUE | | LAS VEGAS | NV | 89101 | | 702-385-5544 | 702-442-9887 | SASCHWARTZ@NVFIRM.COM |
| TOP 30 UNSECURED CREDITORS | SITETRACKER INC | ATTN: LEGAL CONTACT | 491 BLOOMFIELD AVE | | MONTCLAIR | NJ | 07042 | | | | LEGAL@SITETRACKER.COM |
| TOP 30 UNSECURED CREDITORS | SJF VENTURES IV, LP | ATTN: DAVE KIRKPATRICK | 200 NORTH MANGUM STREET | SUITE 203 | DURHAM | NC | 27701 | | | | DKIRK@SJFVENTURES.COM |
| TOP 30 UNSECURED CREDITORS | SJF VENTURES V, LP | ATTN: DAVE KIRKPATRICK | 200 N MANGUM STREET | SUITE 203 | DURHAM | NC | 27701 | | | | DKIRK@SJFVENTURES.COM |
| TOP 30 UNSECURED CREDITORS | SKYLINE SOLAR | ATTN: BILL DAILEY | 4 CROSSROADS DRIVE | SUITE 116 | HAMILTON | NJ | 08691 | | | | BILL@SKYLINESOLAR.NET |
| TOP 30 UNSECURED CREDITORS | SOGETI USA (CAPGEMINI) | ATTN: KRISTEN WALKER, FINANCE DIVISION OF CAPGEMINI CONTACT | AMERICA, INC. | | CHICAGO | IL | 60673-1283 | | | | KRISTEN.WALKER@SOGETI.COM; FINANCE.US@SOGETI.COM |
| TOP 30 UNSECURED CREDITORS | SOLAREDGE TECHNOLOGIES INC | ATTN: MELANIE CABELO | 700 E TASMAN DRIVE | | MILPITAS | CA | 95035 | | | | MELANIE.CABELO@SOLAREDGE.COM |
| JUNE BRIDGE LOAN FACILITY | SPARK INVESTMENT PARTNERS LLC | ATTN: MARK BRUJNOOGE | SUITE 401 | | CHARLOTTE | NC | 28208 | | | | MARK@WTMRK.COM |
| TOP 30 UNSECURED CREDITORS | SPARK INVESTMENT PARTNERS, LLC | ATTN: MARK BRUJNOOGE | 1355 GREENWOOD CLIFF | SUITE 301 | CHARLOTTE | NC | 28204 | | | | MARK@WTMRK.COM |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | | 602-542-5025 | | |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | | 501-682-2007; 501-682-8084; 800-482-8982 | | |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1300 "I" STREET | | SACRAMENTO | CA | 95814-2919 | | 916-445-9555; 916-323-5341 | | BANKRUPTCY@COAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000; 720-508-6030 | | |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | 860-808-5318; 860-808-5387 | | ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | 302-577-8338; 302-577-6630 | | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | | 850-414-3300; 850-488-4872 | | |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 | | 404-656-3300; 404-657-8733 | | |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 210 | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | 208-334-2400; 208-854-8071 | | |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JAMES R. THOMPSON CTR. | 100 W. RANDOLPH ST. | CHICAGO | IL | 60601 | | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 302 W. WASHINGTON ST. | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1885 NORTH THIRD STREET | P.O. BOX 94095 | BATON ROUGE | LA | 70804-4095 | | 225-326-6000; 225-326-6499 | | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE HOUSE STATION 6 | | AUGUSTA | ME | 04333-0000 | | 207-626-8800 | | |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | | 617-727-2200 | | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 550 HIGH STREET | SUITE 1200 | JACKSON | MS | 39201 | | 601-359-3680 | | |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1 GRANITE PLACE SOUTH | | CONCORD | NH | 03301 | | 603-271-3658; 603-271-2110 | | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET | TRENTON | NJ | 08625-0080 | | 609-292-4925; 609-292-3508 | | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF LAW | THE CAPITOL, 2ND FLOOR | ALBANY | NY | 12224-0341 | | 518 776-2000; 866-413-1069 | | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF JUSTICE | P.O. BOX 629 | RALEIGH | NC | 27602-0629 | | 919 716-6400; 919 716-6750 | | |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE OFFICE TOWER | 30 E. BROAD ST., 14TH FLOOR | COLUMBUS | OH | 43266-0410 | | 800-282-0515 | | |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391; 717-787-8242 | | |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903-0000 | | 401-274-4400 | | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | REMBERT C. DENNIS OFFICE BLDG. | P.O. BOX 11549 | COLUMBIA | SC | 29211-1549 | | 803-734-3970 | | |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 425 5TH AVENUE NORTH | | NASHVILLE | TN | 37243 | | 615-741-3491; 615-741-3334 | | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CAPITOL STATION | P.O. BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-475-4868; 512-475-2994 | | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL, ROOM 236 | | SALT LAKE CITY | UT | 84114-0810 | | 801 538-9600; 801 538-1121 | | UAG@UTAH.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL | 1900 KANAWHA BLVD., E. | CHARLESTON | WV | 25305 | | 304-558-2021; 304-558-0140 | | CONSUMER@WVAGO.GOV |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | U.S. ATTORNEY | TOWER | 800 N SHORELINE BLVD STE. 500 | CORPUS CHRISTI | TX | 78401 | | 361-888-3111; 713-718-3300 | | USATXS.ATTY@USDOJ.GOV |
| TOP 30 UNSECURED CREDITORS | VENTURE HOME SOLAR, LLC | ATTN: JOHN GILES | 327 CAPTAIN LEWIS DRIVE | | SOUTHINGTON | CT | 06489 | | 203-722-1061 | | GILES@VENTUREHOMESOLAR.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 400 6TH ST., NW. | | WASHINGTON | DC | 20001 | | 202 727-3400; 202 347-8922 | | OAG@DC.GOV |
| PROPOSED COUNSEL TO THE DEBTORS | WHITE & CASE LLP | ATTN: AARON E. COLODNY, PATRICK WU | 555 SOUTH FLOWER STREET, SUITE 2700 | | LOS ANGELES | CA | 90071-2433 | | 213-620-7700 | | AARON.COLODNY@WHITECASE.COM; PATRICK.WU@WHITECASE.COM |
| PROPOSED COUNSEL TO THE DEBTORS | WHITE & CASE LLP | ATTN: ANDREA AMULIC | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-819-8200 | | ANDREA.AMULIC@WHITECASE.COM |
| PROPOSED COUNSEL TO THE DEBTORS | WHITE & CASE LLP | ATTN: CHARLES R. KOSTER | 609 MAIN STREET, SUITE 2900 | | HOUSTON | TX | 77002 | | 713-496-9700 | | CHARLES.KOSTER@WHITECASE.COM |
| PROPOSED COUNSEL TO THE DEBTORS | WHITE & CASE LLP | ATTN: THOMAS E LAURIA, MICHAEL C. SHEPHERD, FAN B. HE & ANDREA KROPP | 200 SOUTH BISCAYNE BOULEVARD, SUITE 4900 | | MIAMI | FL | 33131 | | 305-371-2700 | | TLAURIA@WHITECASE.COM; MSHEPHERD@WHITECASE.COM; FHE@WHITECASE.COM; ANDREA.KROPP@WHITECASE.COM |
| TOP 30 UNSECURED CREDITORS | WHITMAN CONSTRUCTION | ATTN: MELLISA WHITMAN | 1800 ROUTE 34 N | SUITE 402 | WALL | NJ | 07719 | | | | MELISSAW@STEVEWHITMAN.COM |
| SECURED CONVERTIBLE NOTES | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS AGENT | ATTN: ANDREW LENNON | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19801 | | | | ALENNON@WILMINGTONTRUST.COM |