IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: <br><br> PosiGen, PBC, *et al.*,[1] <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 25-90787 (ARP) <br> ) <br> ) (Jointly Administered) <br> ) |

**DEBTORS' AGENDA FOR HEARING SCHEDULED FOR
DECEMBER 9, 2025 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this agenda for the hearing scheduled for **December 9, 2025 at 9:00 a.m. (prevailing Central Time)**:

**I. KERP Motion**

1. Debtors' *Emergency* Motion for Entry of Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Other Compensation, Reimbursable Expenses, and Certain Severance Obligations and (B) Continue Employee Benefits Programs, (II) Authorizing and Approving the Debtors' Non-Insider Key Employee Retention Plan, (III) Authorizing and Approving the Debtors' Key Employee Incentive Plan for Certain Officers, and (IV) Granting Related Relief, with respect to the *Interim Order Authorizing and Approving the Debtors' Non-Insider Key Employee Retention Plan, and (II) Granting Related Relief* [Docket No. 6]

   A. **Related Documents**:

      1. Declaration of Robert Del Genio in Support of Debtors' Petitions and Requests for First Day Relief [Docket No. 12]

      2. Supplemental Declaration of Robert Del Genio in Support of Debtors' Request for Entry of Interim and Final Orders (I) Authorizing and Approving the Debtors' Non-Insider Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 99]

   **Status:**      Going forward.

---

[1] The last four digits of PosiGen, PBC's tax identification number are 9706. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/PosiGen. The Debtors' service address in these chapter 11 cases is 1000 Elmwood Park Boulevard, Suite A, Harahan, LA 70123.

Dated:  December 8, 2025
Houston, Texas

/s/ *Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:     (713) 496-9700
Email:          charles.koster@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Michael C. Shepherd (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone:     (305) 371-2700
Email:          tlauria@whitecase.com
                mshepherd@whitecase.com
                fhe@whitecase.com
                andrea.kropp@whitecase.com

- and -                                                             **- and -**

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:     (213) 620-7700
Email:          aaron.colodny@whitecase.com

**WHITE & CASE LLP**
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 819-8200
Email:          andrea.amulic@whitecase.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on December 8, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Koster*
Charles R. Koster