**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| POSIGEN, PBC, *et al.*, | ) | |
| | ) | Case No.  25-90787 (CML) |
| Debtors.[1] | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**POSIGEN DECATUR PROJECT COMPANY, LLC, POSIGEN DECATUR 2 PROJECT COMPANY, LLC, AND POSIGEN BIENVILLE PROJECT COMPANY, LLC'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR DECEMBER 22, 2025, AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

PosiGen Decatur Project Company, LLC ("Decatur 1") and PosiGen Decatur 2 Project Company, LLC ("Decatur 2"), and PosiGen Bienville Project Company, LLC, ("Bienville," collectively the "Partnerships"), by and through Sunstrong Management LLC ("SunStrong") as Managing Member of the Decatur Partnerships, file this *Witness and Exhibit List* for the hearing to be held on December 22, 2025, at 2:00 p.m. (prevailing Central Time) and as may be continued from time to time thereafter (the "Hearing"):

**WITNESSES**

The Partnerships may call any of the following witnesses at the Hearing:

1. Robert Del Genio, Chief Restructuring Officer of PosiGen, PBC.

2. Any witness necessary to authenticate a document.

3. Any witness called or designated by any other party in interest.

---

[1] The last four digits of PosiGen, PBC's tax identification number are 9706. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/PosiGen. The Debtors' service address in these chapter 11 cases is 1000 Elmwood Park Boulevard, Suite A, Harahan, LA 70123.

1

4.      Any witness necessary to impeach or rebut the testimony of witnesses called or designated by any other party.

5.      The Partnerships reserve the right to cross-examine any witness called by any other party.

## WITNESSES

The Partnerships may introduce the following exhibits:

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|
| 1. | Amended and Restated Limited Liability Company Agreement of PosiGen Bienville Project Company, LLC dated as of October 10, 2023 [**Filed under seal**, Dkt. No. 175] | | | | | |
| 2. | Notice of Appointment of Managing Member for PosiGen Bienville Project Company, LLC [**Filed under seal**, Dkt. No. 175-1] | | | | | |
| 3. | Master Engineering, Procurement and Construction Agreement by and between PosiGen Bienville Partnership LLC and PosiGen Developer, LLC dated October 10, 2023 [**Filed under seal**, Dkt. No. 175-2] | | | | | |
| 4. | Bill of Sale and Assignment by and between PosiGen Bienville Project Company, LLC and PosiGen Developer, LLC dated October 10, 2023 [**Filed under seal**, Dkt. No. 175-3] | | | | | |
| 5. | Administrative Services Agreement by and between PosiGen Provider, LLC and PosiGen Bienville Project | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Company, LLC [**Filed under seal**, Dkt. No. 175-4] | | | | |
| 6. | Amended and Restated Limited Liability Company Agreement of PosiGen Decatur Project Company, LLC dated as of April 28, 2023 [**Filed under seal**, Dkt. No. 173] | | | | |
| 7. | Amended and Restated Limited Liability Company Agreement of PosiGen Decatur 2 Project Company, LLC dated as of November 19, 2024 [**Filed under seal**, Dkt. No. 173-1] | | | | |
| 8. | Notice of Appointment of Managing Member for PosiGen Decatur Project Company, LLC [**Filed under seal**, Dkt. No. 173-2] | | | | |
| 9. | Notice of Appointment of Managing Member for PosiGen Decatur 2 Project Company, LLC [**Filed under seal**, Dkt. No. 173-2] | | | | |
| 10. | Master Engineering, Procurement and Construction Agreement by and between PosiGen Decatur Project Company LLC and PosiGen Developer, LLC dated April 28, 2023 [**Filed under seal**, Dkt. No. 173-3] | | | | |
| 11. | Master Engineering, Procurement and Construction Agreement by and between PosiGen Decatur 2 Project Company LLC and PosiGen Developer, LLC dated November 19, 2024 [**Filed under seal**, Dkt. No. 173-3] | | | | |
| 12. | Bill of Sale and Assignment by and between PosiGen Decatur Project Company, LLC and PosiGen Developer, LLC dated April 28, 2023 [**Filed under seal**, Dkt. No. 173-4] | | | | |
| 13. | Bill of Sale and Assignment by and between PosiGen Decatur 2 Project Company, LLC and PosiGen Developer, LLC dated | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | June 27, 2025 [**Filed under seal**, Dkt. No. 173-4] | | | | | |
| 14. | Administrative Service Agreement by and between PosiGen Provider, LLC and PosiGen Decatur Project Company, LLC dated April 28, 2023 [**Filed under seal**, Dkt. No. 173-5] | | | | | |
| 15. | Administrative Service Agreement by and between PosiGen Provider, LLC and PosiGen Decatur Project Company, LLC dated November 19, 2024 [**Filed under seal**, Dkt. No. 173-5] | | | | | |
| 16. | Any document or pleading filed in the above-captioned cases. | | | | | |
| 17. | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | |
| 18. | Any exhibit identified or offered by any other party. | | | | | |

## RESERVATION OF RIGHTS

The Partnerships reserve their right to: (i) amend, supplement, or remove any witnesses and/or exhibits prior to the hearing; (ii) use additional exhibits for the purposes of rebuttal or impeachment and further supplement the foregoing witness and exhibit list as appropriate; (iii) use any exhibits presented by any other party; and (iv) ask the Court to take judicial notice of any document.

[*Reminder of Page Intentionally Left Blank*]

Dated:  December 19, 2025

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Julie Goodrich Harrison*
Julie Goodrich Harrison (SBT 24092434)
Maria Mokryzcka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: julie.harrison@nortonrosefulbright.com
Email: maria.mokryzcka@nortonrosefulbright.com

*- and -*

Eric Daucher (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
John Conover (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: eric.daucher@nortonrosefulbright.com
Email: andrew.rosenblatt@nortonrosefulbright.com
Email: john.conover@nortonrosefulbright.com

*Counsel to SunStrong Management LLC, as Managing Member of the PosiGen Decatur Project Company, LLC and PosiGen Decatur 2 Project Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

*/s/ Julie Goodrich Harrison*
Julie Goodrich Harrison

5