IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PosiGen, PBC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90787 (CML)<br><br>(Jointly Administered) |

### NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ") is hereby providing notice of the increase of the hourly rate of certain of its professionals as provided in the *Application Of The Official Committee Of Unsecured Creditors To Retain And Employ Pachulski Stang Ziehl & Jones LLP As Co-Counsel Effective As Of December 9, 2025* [Docket No. 366] (the "Application").

Pursuant to its internal operating procedures, PSZJ revisits, and potentially adjusts, the rates of its professionals periodically. The following table reflects the hourly rate increases for professionals and paraprofessionals specified in the *Sandler Declaration* attached as Exhibit B to the Application.

---

[1] An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Bankruptcy Local Rules directing joint administration of the chapter 11 cases of: PosiGen, PBC, Case No. 25-90787; PosiGen Developer, LLC, Case No. 25-90788; PosiGen Holdings, LLC, Case No. 25-90789; PosiGen Operations, LLC, Case No. 25-90790; PosiGen Owner 2, LLC, Case No. 25- 90791; PosiGen Provider, LLC, Case No. 25-90792; PosiGen Owner 3, LLC, Case No. 25- 90793; PosiGen Rampart Holdco, LLC, Case No. 25-90794; PosiGen Rampart, LLC, Case No. 25-90795; PosiGen, LLC, Case No. 25-90796. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-90787 (ARP).

4929-2233-6646.1 70962.00002

| Professionals | Hourly Rates, Effective January 1, 2026 |
|---|---|
| Partners | $1,150 - $2,695 per hour |
| Of Counsel | $1,175 - $2,050 per hour |
| Associates | $725 - $1,350 per hour |
| Paraprofessionals | $625 - $695 per hour |

The foregoing rates were effective as of January 1, 2026.

Dated: January 8, 2026                    Respectfully submitted,


/s/ Michael D. Warner
Michael D. Warner, Esq. (TX Bar No. 00792304)
Maxim B. Litvak, Esq, (TX Bar No. 24002482)
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email:  mwarner@pszjlaw.com
            mlitvak@pszjlaw.com

Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
            rfeinstein@pszjlaw.com
            scho@pszjlaw.com

-and-

Darren Azman, Esq. (admitted *pro hac vice*)
Nathaniel Allard, Esq. (admitted *pro hac vice*)
Jared Mezzatesta, Esq. (admitted *pro hac vice*)
Joshua C. Lee, Esq. (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: dazman@mwe.com
　　　　nallard@mwe.com
　　　　jmezzatesta@mwe.com
　　　　jclee@mwe.com

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that, on January 8, 2026, a copy of the foregoing document was caused to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

　　　　　　　　　　　　　　　　　　*/s/ Michael D. Warner*
　　　　　　　　　　　　　　　　　　Michael D. Warner