UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION
In re: POSIGEN, PBC, et al., Debtors
Case No.: 25-90787 (CML)
Chapter: 11

**WRITTEN OBJECTION TO ASSUMPTION AND ASSIGNMENT OF RESIDENTIAL SOLAR LEASE**
**Counterparty / Claimant:** Beverly Lovett
**Property Address:** 4301 Oaklawn Dr, Jackson, MS 39206

Dear Judge Lopez and Counsel,

I am a customer under a Residential Solar System Lease Agreement with PosiGen, PBC for the property located at the address above.

The solar system has been physically installed on my home, but has never been completed or made operational. I have not received Permission to Operate (PTO) from Entergy. The system is not producing electricity, I have not been billed, and I have made no payments under this lease. Because the system has not been completed and is not operational, the essential purpose of the lease has not been fulfilled. I do not consent to the assumption or assignment of this lease to any purchaser unless and until the system is fully completed, inspected, interconnected, and producing as originally represented.

Accordingly, if the lease is not properly completed and made fully operational within a reasonable time, I formally request:
1. Removal of all solar equipment from my property at no cost to me; and
2. Written confirmation that the lease is terminated with no further obligation on my part.

This written objection is submitted prior to any assumption or assignment of the lease and is intended to preserve all of my rights under applicable law, including Mississippi law. I respectfully request written confirmation regarding how this matter will be handled.

I may be unable to attend the hearing in person and respectfully request that this written objection be considered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 18, 2026
Signature: *Beverly Lovett*
Beverly Lovett
**Contact Information:** 4301 Oaklawn Dr., Jackson, MS 39206 kloves@bellsouth.net, 6013312260

**Certificate of Service**

I hereby certify that on this 18 day of February, 2026, a true and correct copy of the foregoing Written Objection of Beverly Lovett regarding the Residential Solar System Lease for 4301 Oaklawn Drive, Jackson, Mississippi, 39206 was served via email to the following parties:

- **Debtors' Counsel:**
  Charles R. Koster – charles.koster@whitecase.com
  Thomas E. Lauria – tlauria@whitecase.com
  Andrea Amulic – andrea.amulic@whitecase.com
- **Debtors' Claims Agent:**
  PosiGen Claims Agent – PosiGen@ra.kroll.com *(or the email provided in the notice)*

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Beverly Lovett*
Beverly Lovett

Docusign Envelope ID: A8D3596D-5CD1-4CB8-A3AD-33EDD2725B45

**PosiGen**

Customer Name(s): Beverly C Lovett
Account No.: 372893106

# RESIDENTIAL SOLAR SYSTEM LEASE AGREEMENT
*(Home Improvement Contract)*

| Transaction Date: | June 10, 2025 | Account No.: | 372893106 |
|---|---|---|---|
| Date of Customer Signature: | June 10, 2025 | | |
| Approximate Installation Start Date: | December 10, 2025 | Approximate Installation Completion Date: | January 9, 2026 |

| Customer Name(s): | Beverly C Lovett | Phone: | 6019411895 |
|---|---|---|---|
| | | E-Mail: | lovettallseaon@bellsouth.net |
| Customer Mailing Address: | 4301 OAKLAWN DR, JACKSON, MS 392063938 | Property Address: | 4301 OAKLAWN DR, JACKSON, MS 39206 |

Our Promises:

- We will design, install, operate, maintain and insure a solar energy system on the roof of your home. Section 1(a).
- We will perform energy efficiency services at no additional charge to you. Section 1(g).
- We warranty that our work will be free from defects and roof penetrations will be watertight for five (5) years. Section 3(e)(i).
- Throughout the initial term, we will service and maintain the solar energy system and will remove it for a fee if you need to repair your home. Section 1(i).
- The solar panels come with a minimum 25-year performance warranty from the manufacturer. Section 3(e)(ii).

Your Commitment:

- Pay the Monthly Payment each month by AutoPayment. Section 3(b).
- Provide access to your property and roof. Section 4(c).
- Continue service with your Utility. Section 4(a)(x).
- Comply with your obligations in this agreement. Section 4.
- Respond promptly to us when we need information or cooperation from you. Section 4(e).
- Keep us informed of any property transfers involving your home. Section 4(g).
- Cooperate with us to perform an energy efficiency assessment and install upgrades. Section 4(b).
- Keep your roof in good condition throughout the initial term of this agreement. Section4(b).

If you move, you may (Section 4(g)):

- Transfer this agreement to the home buyer;
- Prepay the agreement;
- Pay a fee, and we will remove the system; or
- After the 6th anniversary, purchase the system.

At the end of 25 years, you may (Section 2(a)):

- Renew the agreement;
- Purchase the system;
- Enter into a new agreement with us; or
- Ask us to remove the system at no cost.

**You may cancel this agreement within three (3) business days of the Transaction Date.** PosiGen Developer, LLC (EIN: 87-4400455) is a licensed contractor in each state in which we operate, including MS. Our contractor license numbers are included as part of Exhibit D to this agreement. For information about our licenses, please visit http://www.posigen.com/licenses. The Notice of Cancellation may be sent to: PosiGen Developer, LLC, 145 James Drive East, Suite 300, St. Rose, LA 70087, Attention: Document Compliance.

Docusign Envelope ID: A8D3596D-5CD1-4CB8-A3AD-33EDD2725B45

 **PosiGen**

Customer Name(s): Beverly C Lovett
Account No.: 372893106

## SIGNATURE PAGE AND NOTICE TO CUSTOMERS

A. LIST OF DOCUMENTS TO BE INCORPORATED INTO THE CONTRACT. These documents are incorporated into this Agreement and apply to the relationship between you and us: (1) Lease Disclosures attached as Exhibit A; (2) Proposed System Design attached as Exhibit B; (3) the Notices of Cancellation attached as Exhibit C; (4) the State Disclosures attached as Exhibit D; and (5) any attachments, disclosures and exhibits, as applicable.

B. IF YOU DO NOT ELECT ANY OF THE END-OF-INITIAL TERM OPTIONS SET FORTH IN SECTION 2(a), THIS AGREEMENT WILL AUTOMATICALLY RENEW ON A YEAR-TO-YEAR BASIS. READ SECTION 2(b) FOR MORE INFORMATION.

C. DO NOT SIGN THIS AGREEMENT IF THIS AGREEMENT CONTAINS ANY BLANK SPACES. You are entitled to a completely filled in copy of this Agreement, signed by both you and us, before we commence any work at the Property.

D. NOTICE TO THE LESSEE (YOU): This is a lease. You are not buying the System. Do not sign this lease before you read it. You are entitled to a completed copy of this lease when you sign it.

E. THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES – SEE SECTION 5(f).

F. YOU, THE CUSTOMER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

**Customer(s) Signatures**

Signature: *Beverly C Lovett* (Signed by: B84915A86181492)
Name: Beverly C Lovett
Date: June 10, 2025

Signature:
Name:
Date:

**Sales Representative**

Signature: *Kirkland Knight* (Signed by: 26F2E1C8039D490)
Name: Kirkland Knight
Salesperson No.:
Date: June 10, 2025

THIS AGREEMENT IS NOT EFFECTIVE UNTIL SIGNED BY AN AUTHORIZED POSIGEN REPRESENTATIVE.

POSIGEN DEVELOPER, LLC

Signature: *Robert Banda* (Signed by: 36468EC33B964A9)
Name: Robert Banda
Date: June 10, 2025