# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| POSIGEN, PBC, *et al.*,[1] | Case No. 25-90787 (CML) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

ALEX RUPERTO and TANISHA SMITH, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

POSIGEN, PBC; POSIGEN, LLC; POSIGEN OPERATIONS, LLC; POSIGEN DEVELOPER, LLC; POSIGEN PROVIDER, LLC; POSIGEN HOLDINGS, LLC; POSIGEN RAMPART HOLDCO, LLC; POSIGEN RAMPART, LLC; POSIGEN OWNER 2, LLC; and POSIGEN OWNER 3, LLC,

        Defendants.

Adversary Proceeding No. 25-03833 (CML)

-----------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING JOINT MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23, SECTION 105 OF THE BANKRUPTCY CODE, AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 7023 AND 9019 FOR (I) APPROVAL OF THE WARN ACTION SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019, (II) PRELIMINARILY APPROVAL OF THE WARN ACTION SETTLEMENT PURSUANT TO BANKRUPTCY RULE 7023, (III) APPROVAL OF THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE WARN ACTION SETTLEMENT, (IV) SCHEDULING OF A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE WARN ACTION**

---

[1] The last four digits of PosiGen, PBC's tax identification number are 9706. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/PosiGen. The Debtors' service address in these chapter 11 cases is 1000 Elmwood Park Boulevard, Suite A, Harahan, LA 70123.

**SETTLEMENT, (V) FINAL APPROVAL OF THE WARN ACTION SETTLEMENT FOLLOWING THE FAIRNESS HEARING, AND (VI)  RELATED RELIEF**

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas*, counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") certifies as follows:

1.      On February 22, 2026, the Debtors and Alex Ruperto, Tanisha Smith, Leandro Espinosa, Donald Giamboy, and Robert McGregor (together, the "**WARN Action Representative Claimants**"), on behalf of themselves and all others similarly situated, jointly filed the *Joint Motion Pursuant to Federal Rule of Civil Procedure 23, Section 105 of the Bankruptcy Code, and Federal Rules of Bankruptcy Procedure 7023 and 9019 for (I) Approval of the WARN Action Settlement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approval of the WARN Action Settlement Pursuant to Bankruptcy Rule 7023, (III) Approval of the Form and Manner of Notice to Class Members of the WARN Action Settlement, (IV) Scheduling of a Fairness Hearing to Consider Final Approval of the WARN Action Settlement, (V) Final Approval of the WARN Action Settlement Following the Fairness Hearing, and (VI) Related Relief* [Docket No. 583] (the "**Motion**").  The Motion included a proposed Preliminary Approval Order (as defined in the Motion) as Exhibit C thereto.

2.      The deadline for parties to file objections and responses to the Motion was March 16, 2026 (the "**Objection Deadline**").  No objections or responses to the Motion were filed on the docket on or before the Objection Deadline.  Counsel has not received comments from any party.

3.      The Debtors respectfully request that the Court enter the form of Preliminary Approval Order attached to this certificate of no objection as **Exhibit 1**, which includes those changes appearing in the redline attached to this certificate of objection as **Exhibit 2**.

Dated:  March 18, 2026
Houston, Texas

*/s/ Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:    (713) 496-9700
Email:            charles.koster@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Michael C. Shepherd (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone:    (305) 371-2700
Email:            tlauria@whitecase.com
                    mshepherd@whitecase.com
                    fhe@whitecase.com
                    andrea.kropp@whitecase.com

- and -

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 620-7700
Email:            aaron.colodny@whitecase.com

- and -

**WHITE & CASE LLP**
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 819-8200
Email:            andrea.amulic@whitecase.com

*Counsel to the Debtors and*
*Debtors in Possession*

## **Certificate of Service**

I certify that on March 18, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster