**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PosiGen, PBC, *et al.*,[1] | Case No. 25-90787 (CML) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO THIRD MONTHLY AND FINAL APPLICATION
OF MCDERMOTT WILL & SCHULTE LLP AS CO-COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) THE
MONTHLY PERIOD FROM FEBRUARY 1, 2026 THROUGH
FEBRUARY 24, 2026 AND (II) THE FINAL PERIOD FROM
DECEMBER 9, 2025 THROUGH FEBRUARY 24, 2026**
(Related Docket No. 670)

The undersigned hereby certifies as follows:

1.      On March 27, 2026, the *Third Monthly And Final Application Of McDermott Will & Schulte LLP As Co-Counsel To The Official Committee Of Unsecured Creditors For (I) The Monthly Period From February 1, 2026 Through February 24, 2026 And (II) The Final Period From December 9, 2025 Through February 24, 2026* [Docket No. 670] (the "Application") was filed with the Court.

2.      Responses or objections, if any, to the Application were required to have been filed with the Court on or before April 17, 2026 (the "Response Deadline").

3.      The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel.  No party in interest has contacted counsel with any informal objection to the Application.

---

[1] An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Bankruptcy Local Rules directing joint administration of the chapter 11 cases of: PosiGen, PBC, Case No. 25-90787; PosiGen Developer, LLC, Case No. 25-90788; PosiGen Holdings, LLC, Case No. 25-90789; PosiGen Operations, LLC, Case No. 25-90790; PosiGen Owner 2, LLC, Case No. 25- 90791; PosiGen Provider, LLC, Case No. 25-90792; PosiGen Owner 3, LLC, Case No. 25- 90793; PosiGen Rampart Holdco, LLC, Case No. 25-90794; PosiGen Rampart, LLC, Case No. 25-90795; PosiGen, LLC, Case No. 25-90796. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-90787 (ARP).
4932-0764-8674.1 70962.00002

4.      Accordingly, the undersigned respectfully requests that the form of Order sustaining the Application attached hereto be entered at the earliest convenience of the Court.

Dated: April 20, 2026

Respectfully submitted,

/s/ Michael D. Warner
Michael D. Warner, Esq. (TX Bar No. 00792304)
Maxim B. Litvak, Esq, (TX Bar No. 24002482)
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email:  mwarner@pszjlaw.com
        mlitvak@pszjlaw.com

Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
        rfeinstein@pszjlaw.com
        scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that, on April 20, 2026, a copy of the foregoing document was caused to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Michael D. Warner
Michael D. Warner

4932-0764-8674.1 70962.00002                    2