**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| POSIGEN, PBC, *et al.*,[1] | ) |
| | ) Case No. 25-90787 (CML) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING THIRD MONTHLY AND FINAL APPLICATION OF
MCDERMOTT WILL & SCHULTE LLP AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR (I) THE MONTHLY PERIOD
FROM FEBRUARY 1, 2026 THROUGH FEBRUARY 24, 2026 AND (II) THE
FINAL PERIOD FROM DECEMBER 9, 2025 THROUGH FEBRUARY 24, 2026**
(**Docket No.** 670)

The Court has considered the *Third Monthly and Final Application of McDermott Will & Schulte LLP as Co-counsel to The Official Committee Of Unsecured Creditors For (I) The Monthly Period From February 1, 2026 Through February 24, 2026 and (II) the Final Period From December 9, 2025 Through February 24, 2026* (the "Application") filed by McDermott Will & Schulte LLP (the "Applicant").  The Court orders:

1.      Applicant is allowed final compensation and reimbursement of expenses in the amount of $1,122,957.78 for the period set forth in the Application.

2.      The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2026

_____
Christopher M. Lopez
UNITED STATES BANKRUPTCY JUDGE

---

[1]     The last four digits of PosiGen, PBC's tax identification number are 9706.  A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/PosiGen.  The Debtors' service address in these chapter 11 cases is 1000 Elmwood Park Boulevard, Suite A, Harahan, LA 70123.