**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PosiGen, PBC, *et al.*,[1] | Case No. 25-90787 (CML) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO FIRST AND
FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM
<u>DECEMBER 10, 2025 THROUGH FEBRUARY 26, 2026</u>**
(Related Docket No. 672)

The undersigned hereby certifies as follows:

1.      On March 30, 2026, the *First And Final Application For Compensation And Reimbursement Of Expenses Of Province, LLC As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period From December 10, 2025 Through February 26, 2026* [Docket No. 672] (the "<u>Application</u>") was filed with the Court.

2.      Responses or objections, if any, to the Application were required to have been filed with the Court on or before April 20, 2026 (the "<u>Response Deadline</u>").

3.      The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel.  No party in interest has contacted counsel with any informal objection to the Application.

---

[1] An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Bankruptcy Local Rules directing joint administration of the chapter 11 cases of: PosiGen, PBC, Case No. 25-90787; PosiGen Developer, LLC, Case No. 25-90788; PosiGen Holdings, LLC, Case No. 25-90789; PosiGen Operations, LLC, Case No. 25-90790; PosiGen Owner 2, LLC, Case No. 25- 90791; PosiGen Provider, LLC, Case No. 25-90792; PosiGen Owner 3, LLC, Case No. 25- 90793; PosiGen Rampart Holdco, LLC, Case No. 25-90794; PosiGen Rampart, LLC, Case No. 25-90795; PosiGen, LLC, Case No. 25-90796. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-90787 (ARP).

4907-1232-5026.1 70962.00002

4.      Accordingly, the undersigned respectfully requests that the form of Order sustaining the Application attached hereto be entered at the earliest convenience of the Court.

Dated: April 21, 2026

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
Maxim B. Litvak, Esq, (TX Bar No. 24002482)
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email:  mwarner@pszjlaw.com
        mlitvak@pszjlaw.com

Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
        rfeinstein@pszjlaw.com
        scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that, on April 21, 2026, a copy of the foregoing document was caused to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Michael D. Warner*
Michael D. Warner

4907-1232-5026.1 70962.00002                    2