IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>POSIGEN, PBC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90787 (CML) |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM DECEMBER 10, 2025 THROUGH FEBRUARY 26, 2026**

Upon the fee application (the "Application") of Province, LLC ("Province") financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned case of PosiGen, PBC, *et al.*, (the "Debtors") for entry of an order (this "Order"): (a) awarding Province final compensation for professional services and reimbursement for incurred expenses; (b) authorizing and directing the Debtors to pay Province the unpaid portion of allowed fees and expenses; and (c) granting such other relief as is appropriate under circumstances, all as more fully set forth in the Application; and this Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to Bankruptcy Code, the Bankruptcy Rules, and the Court having read and considered the Application, objections to Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and for good cause shown;

---

[1] The last four digits of PosiGen, PBC's tax identification number are 9706. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/PosiGen. The Debtors' service address in these chapter 11 cases is 1000 Elmwood Park Boulevard, Suite A, Harahan, LA 70123.

1

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Application is hereby GRANTED as provided herein.

2.      Province is hereby awarded, on a final basis, the allowance of **$617,819.00** for compensation for professional services and **$0.00** for reimbursement of expenses for the period of December 10, 2025 through February 26, 2026.

3.      The Debtors are hereby authorized and directed to immediately pay Province the unpaid portion of such allowed fees and expenses.


Dated:_____, 2026          _____
                                                              **HONORABLE CHRISTOPHER M. LOPEZ**
                                                              **UNITED STATES BANKRUPTCY JUDGE**